FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 03 2006

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES                                                                PLAINTIFF

VS.                              NO: 4:03CR00139-04-WRW

DINO LERONE BRADLEY                                                          DEFENDANT

## ORDER

On March 24, 2006, a subpoena was served on Audrene Janell Ellis, U.S. Probation and Pre-Trial Officer for the Eastern District of Arkansas. The subpoena was issued in *State of Arkansas v. Dino Lerone Bradley* in the Circuit Court of Pulaski County.

In order to prevent the disclosure of privileged information from the case in the Eastern District of Arkansas, I sent the letter attached as Exhibit A last Thursday. I received two letters, dated March 21, 2006, in response to my letter. They are attached as Exhibit B and C.

It appears to me that the problem has not been solved. Accordingly, Ms. Ellis is directed to not respond to the Pulaski County subpoena until Mr. Thompson advises her, in exact and plenary detail (i.e. <u>with specificity</u>, as requested in my letter of March 30, 2006) what information he wants to get from her.

Rather than a letter, Mr. Thompson can call 501-604-5213, and leave this information on the voice messaging service.

IT IS SO ORDERED this 3rd day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE
Wm. R. Wilson, JR.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**600 WEST CAPITOL, SUITE 423**
**LITTLE ROCK, ARKANSAS 72201-3325**
**501.604.5140**
**Facsimile 501.604.5149**

**BILL WILSON**
**JUDGE**

March 30, 2006

Judge Timothy Fox
410 W. Markham St.
Little Rock, AR 72201                    By fax 501-340-6047


Re:   Dino Bradley - Case No. CR 2003-003239 - Audrene Ellis - U.S. Probation Officer for Eastern
      District of Arkansas

Dear Judge Fox:

I am advised that Ms. Ellis has been subpoenaed by Deputy Public Defender Don Thompson to appear in your court Monday.

I've also been advised by Ms. Ellis and her supervisor that she has attempted to call Mr. Thompson to determine the nature of the information he wants to get from her, so she can present that information to me.

Some of the information in her possession is privileged by federal law, so it is important that Ms. Ellis and her supervisor know exactly what Mr. Thompson wants.

Rather than entering an across-the-board order, I prefer to proceed under "comity" considerations. Accordingly, I would very much appreciate it if you would direct Mr. Thompson to advise her, in writing, with specificity, as to what he wants to present through her. After he does this, she may be able to honor the subpoena without further ado.

Thank you very much for your consideration.

Cordially,

*[signature]*

Wm. R. Wilson, Jr.


cc:   Mr. Don Thompson              By fax 501-340-6133
      Ms. Audrene Ellis             By fax 501- 324-5641
      Pulaski County Prosecutor's Office   By fax 501-340-8049


Ex. A

**TIMOTHY DAVIS FOX**
CIRCUIT JUDGE
SIXTH DIVISION
SIXTH JUDICIAL DISTRICT

TRUDY JACOBSON
CASE COORDINATOR

ELLEN KUCIEJSKI
COURT REPORTER

401 W. MARKHAM, SUITE 210
LITTLE ROCK, AR 72201
PHONE: (501) 340-8416
FAX: (501) 340-6047

March 31, 2006

Honorable William R. Wilson, Jr.
United States District Judge
United States District Court
600 West Capitol, Suite 423
Little Rock, AR 72201-3325

Re:   *Bradley*, Pulaski Circuit No. CV2003-3239

Dear Judge Wilson:

This is to acknowledge receipt of your correspondence dated March 30, 2006, concerning the captioned matter. In order to insure that all parties to the criminal proceeding are afforded their respective rights and are allowed to make a complete record for any potential appeal I think the best procedure is for me to address any motions to quash or for protective order, if any, on the record at the hearing on Monday. By copy of this letter I am notifying counsel of record of this communication concerning the case.

Sincerely yours,

Timothy Davis Fox

cc:   file
      Don Thompson, *Esq.*
      Pulaski County Prosecutor's Office

Ex. B



# Pulaski County

OFFICE OF THE PUBLIC DEFENDER
SIXTH JUDICIAL DISTRICT OF ARKANSAS
PULASKI AND PERRY COUNTIES

ADMINISTRATION BUILDING
201 S. BROADWAY, SUITE 210
LITTLE ROCK, ARKANSAS 72201
501-340-6120
501-340-6139 Fax

WILLIAM R. SIMPSON, JR.
PUBLIC DEFENDER

**CITIES**

ALEXANDER

CAMMACK VILLAGE

JACKSONVILLE

LITTLE ROCK

MAUMELLE

NORTH LITTLE ROCK

SHERWOOD

WRIGHTSVILLE

March 31, 2006

Dear Judge Wm. R. Wilson Jr.

Please allow Dino Bradley's federal court probation officer for the Eastern District of Arkansas to come to Pulaski County Circuit Court for the State of Arkansas, to tell Judge Timothy Fox Circuit Judge how Dino Bradley has been doing while on probation since being released from Federal Prison. He is also on probation in State Court.

Thank you for your concern.

Don Thompson
Don Thompson
Deputy Public Defender

UNINCORPORATED
AREA

600 SQUARE MILES

MILITARY
BASES

LRAFB

CAMP ROBINSON

Ex. C